CHAPTER 13 TRUSTEE • JAN M. SENSENICH • P.O. BOX 1326 • NORWICH, VT 05055

| DEBTOR AND ACCOUNT NUMBER | PRINCIPAL | INTEREST | BALANCE |
|---|---|---|---|
| 00-08-10288 KATHIE V. RHEIN | 79.35 | 0.00 | 194.65 |
| PRIORITY | | Claim #001 | |
| Totals: | 79.35 | 0.00 | |